

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-445-CR

THE STATE OF TEXAS                                          STATE

V.

DAVON D. CRENSHAW                                APPELLEE

----------

## FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "State's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 26, 2009

---

[1] *See* Tex. R. App. P. 47.4.